**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ROBERT LOUIS DEES, JR.,
    Plaintiff,

vs.                                                                 Case No. 3:08cv374/MCR/EMT

ESCAMBIA COUNTY SHERIFF'S
DEPARTMENT, et al.,
    Defendants.
_____/

### **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 11, 2008 (Doc. 10).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 15th day of January, 2008.

                                                   s/ *M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**